**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

SAMUEL COX,                                    Case No. 26-cv-932 (LMP/SGE)

                    Plaintiff,

v.                                             **ORDER ADOPTING
                                               REPORT AND
                                               RECOMMENDATION**

COMMISSIONER DEPARTMENT OF
HUMAN SERVICES, *Jane/John
Doe/Unknown Names*,

                    Defendant.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins. ECF No. 8. The R&R concludes that Plaintiff Samuel Cox's complaint, ECF No. 1, should be dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), ECF No. 8 at 2–3. The R&R further concludes that Cox's request to have counsel appointed to him be denied. *Id.* at 3.

Cox did not file objections to the R&R, so the Court reviews it for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no error and adopts it in full.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.      The R&R (ECF No. 8) is **ADOPTED**;

2.      Cox's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B);

3.    Cox's Request for Appointment of Counsel (ECF No. 4) is **DENIED**; and

4.    Cox's Application to Proceed *in Forma Pauperis* (ECF No. 7) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 23, 2026                          *s/Laura M. Provinzino*
                                                Laura M. Provinzino
                                                United States District Judge